The motions to admit counsel pro hac vice and to file a surreply brief are granted. The question certified hy the Texas Court of Appeals (Fourteenth District) is considered, and the request to answer the question is granted. If the parties wish to file further briefs, they must be prepared in conformity with MCR 7.306 through 7.309. The Michigan Manufacturers Association, the Michigan Trial Lawyers Association, the Negligence Law Section of the State Bar, and the Michigan Chamber of Commerce are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.
Cavanagh, J.
I would decline to answer the certified question.